**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1538**
_____

STEVEN GLENN JOHNSON, a/k/a Steven Glenn: Johnson,

            Plaintiff - Appellant,

     v.

THE STATE OF NORTH CAROLINA,

            Defendant – Appellee,

     and

UNITED STATES OF AMERICA; FEDERAL RESERVE, And all those similarly situated,

            Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Louise W. Flanagan, District Judge. (4:14-cv-00050-FL)

_____

Submitted: August 18, 2016       Decided: August 22, 2016

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Glenn Johnson, Appellant Pro Se. Olga Eugenia Vysotskaya de Brito, Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Glenn Johnson appeals the district court's orders granting North Carolina's motion to set aside entry of default judgment and denying Johnson's ancillary motions; denying Johnson's motion to alter or amend that judgment and his companion motion; directing Johnson to file proof of service upon North Carolina by a certain date; dismissing Johnson's complaint without prejudice for failure to timely serve process; and denying Johnson's motion to alter or amend that judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's rulings in the disputed orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED
